IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:05CR044 |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| -vs- | ) | |
| | ) | |
| ROBERT MITCHELL, | ) | INFORMATION |
| | ) | RE: PRIOR CONVICTION |
| Defendant. | ) | |
| | ) | |

Now comes the United States of America, by and through its
attorneys Gregory A. White, United States Attorney, and Edward F.
Feran and Roger S. Bamberger, Assistant United States Attorneys,
and pursuant to Title 21, §§841(b)(1)(A) and 851, United States
Code, hereby gives notice that if an adjudication of guilt is
entered against the defendant, ROBERT MITCHELL, in Count 1 of the
superseding indictment returned in the above-captioned case, that
the United States will rely upon the previous "felony drug
offense" conviction of ROBERT MITCHELL, for the purpose of
invoking the increased sentencing provisions of Title 21,
§§841(b), United States Code. The previous "felony drug offense"

-2-

conviction upon which the United States will rely is:

(1) Attempted Possession of Drugs (ORC 2925.11), case number CR390616, in the Court of Common Pleas, Cuyahoga County, Ohio, on or about August 23, 2000.

The United States alleges that the defendant has been convicted of a prior "felony drug offense."  The penalty enhancement provisions of Title 21, §841(b)(1)(A), United States Code (relating to more than 50 grams of cocaine base ("crack")), require, among other things, a mandatory term of twenty years and not more than life imprisonment and/or a fine not to exceed $8,000,000.00, and ten years of supervised release if the defendant has been convicted of a prior "felony drug offense."

Respectfully submitted,

GREGORY A. WHITE
UNITED STATES ATTORNEY

By:  s/ Edward F. Feran
     Edward F. Feran
     Assistant U.S. Attorney
     Reg. No.  0039083 (OH)
     801 West Superior Avenue
     Suite 400
     Cleveland, Ohio 44113
     216/622-3709
     216/522-7499 (fax)
     Edward.Feran@usdoj.gov

-3-

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2005, a copy of the foregoing Information Re: Prior Convictions was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

s/ Edward F. Feran
Edward F. Feran
Assistant United States Attorney