March 12, 2012

Judge Solomon Oliver
801 West Superior Ave
Cleveland, Ohio 44113

Early Termination Request

On March 9, 2006 I Was sentenced to 91 months custody of the Federal Bureau Prison
I served time in Elkton located in Lisbon, Ohio While I was serving time there I had no
incident reports or write –ups I received certificates in carpentry, Real-estate completed
several financial classes. My second location was camp Duluth located in Duluth,
Minnesota while I there I completed HVAC training.

I was given 5 years supervised release that began on March 18, 2010. As special
conditions I was ordered to partake in drug aftercare, provide financial documents, no
new lines of credit . During this time I was on code a phone which all drug tests were
negative. Because of my success My Probation Officer Mr. Colbert recommended for me
to just mail in monthly report every month.

I have been employed since the beginning of supervision with Inner City Living my
position is maintenance .In the summer I plan on enrolling in Tri- C to work toward my
degree in Associate of Applied Science degree in Manufacturing Industrial Engineering
Technology .I reside at 21551 Tracy Ave Euclid, Ohio 44123 with my Mother N Law
fiancée and my 3 children Tiaundria 15, Aaliyah 10, Debonaire 7, My fiancée is
employed at Seidman Cancer Hospital .We are planning to get married next year.

I would greatly appreciate if you can take a look at my case and see that I have done a
very good job since I have been back in the community. I have many future goals for my
self and family I'm requesting that based on this information I would be eligible to
receive early termination Thank You for your time and attention to this matter for me.

Sincerely

Robert Ray Mitchell
Robert Ray Mitchell
1: 05CRO4448