10/28/2013 - Motion is denied.
IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
U. S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05-CR-00044 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT MITCHELL, | ) | MOTION FOR EARLY TERMINATION |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

Now comes the Defendant, Robert Mitchell (hereinafter "Movant"), by and through counsel, and hereby respectfully moves this Honorable Court to issue an order terminating the balance of Defendant's period of supervised release.

As grounds for this motion Movant states as follows:

1. Movant has completed all aspects of his sentence save the remaining balance of his supervised release.

2. Movant has been on supervised release since March 18, 2010, when he completed his federal penitentiary commitment.

3. While Movant was incarcerated, he had no disciplinary issues; he was a model prisoner, constructively occupying his time by completing courses in carpentry, real estate, finance and HVAC training.

4. Movant has abided by all aspects of his supervised release including participation in drug aftercare and disclosing all financial documents.

5. Movant has been gainfully employed since his release; he holds a steady job as a maintenance worker at Inner City Living located at 3402 E. 125th Street, Cleveland, Ohio 44120.

6. Movant plans on enrolling in Tri-C to earn his Associates Degree of Applied Sciences in Manufacturing Industrial Engineering.

7. Movant lives with his wife, three (3) children, ages 16, 11, and 8, and his mother-in-law.  His wife is employed at Seidman Cancer Hospital.

8. Movant has consistently tested clean for drugs when asked to provide urine samples.

WHEREFORE, Movant respectfully requests that this Court issue an order granting early termination of his supervised release.

Respectfully submitted,

/s/ Steven L. Bradley
STEVEN L. BRADLEY (0046622)
Marein & Bradley
222 Leader Building
526 Superior Avenue
Cleveland, Ohio 44114
(216) 781-0722
(216) 781-6010 FAX
steve@mareinandbradley.com


## CERTIFICATE OF SERVICE

A copy of the foregoing *Motion For Early Termination of Supervised Release* was served via Electronic Mail to all parties this __17th__ October, 2013.

/s/ Steven L. Bradley
STEVEN L. BRADLEY (0046622)